UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose ROSAS–UZAGARRA, aka
Jose Jesus Rosas–Uzagarra,
Defendant–Appellant.

No. 11–10354.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 14, 2012.

Christina Marie Cabanillas, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas G. Hippert, Esquire, Law Offices of Thomas G. Hippert P.C., Tucson, AZ, for Defendant–Appellant.

Jose Rosas–Uzagarra, Post, TX, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jose Rosas–Uzagarra appeals his conviction by guilty plea and 51–month sentence for attempted re-entry after deportation in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rosas–Uzagarra's attorney has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**